E. BRYAN WILSON
Acting United States Attorney

KAYLA DOYLE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kayla.doyle@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JENNA LAUREN NORIEGA, a/k/a "Ninja," and KENNETH KAWON APPLEWHITE,<br><br>                Defendants. | No. 3:21-cr-00080-TMB-DMS<br><br>COUNT 1:<br>DISTRIBUTION OF CONTROLLED SUBSTANCES<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about January 18, 2018, within the District of Alaska, the defendants, JENNA LAUREN NORIEGA, a/k/a "Ninja," and KENNETH KAWON APPLEWHITE, did

knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Kayla Doyle
KAYLA DOYLE
Special Assistant U.S. Attorney
United States of America


s/ Kyle Reardon for
E. BRYAN WILSON
Acting United States Attorney
United States of America


DATE: August 17, 2021